IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00317-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. ALEXANDER S. RECTOR,

    Defendant.

## ORDER TERMINATING SUPERVISED RELEASE

    THE COURT, having reviewed the Petition filed by the United States Probation Department requesting that Supervised Release be terminated for the defendant ALEXANDER S. RECTOR, and finding that the United States has no objection to the Petition, it is hereby

    ORDERED that Supervised Release for the defendant ALEXANDER S. RECTOR is hereby terminated.

    Dated: July 9, 2007

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge