**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 01-cr-00317-WYD-02

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ALEXANDER S. RECTOR,

       Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

       On June 13, 2007, the probation officer submitted a petition for early termination of probation in this case. On June 26, 2007, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on June 26, 2007, and the United States has no objections to the proposed relief. Accordingly, it is

       ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

       DATED at Denver, Colorado, this 11th day of July, 2007.

       BY THE COURT:

       s/ Wiley Y. Daniel
       _____
       Wiley Y. Daniel
       United States District Judge